ACCEPTED
01-15-00321-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 2:25:30 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 2010-25688

| | | |
|---|---|---|
| **LINDA GREEN,** | § | **IN THE DISTRICT COURT OF** |
| *Plaintiff* | § | FILED IN |
| | § | 1st COURT OF APPEALS |
| | § | HOUSTON, TEXAS |
| **v.** | § | **HARRIS COUNTY, TEXAS** 4/9/2015 2:25:30 PM |
| | § | CHRISTOPHER A. PRINE |
| | § | Clerk |
| **ZURICH AMERICAN,** | § | |
| **INSURANCE CO.,** | § | |
| *Defendant.* | § | **133RD JUDICIAL DISTRICT** |

### DEFENDANT TEXAS DEPARTMENT OF INSURANCE-
### DIVISION OF WORKERS' COMPENSATION'S
### <u>AMENDED NOTICE OF ACCELERATED APPEAL</u>

Defendant, Texas Department of Insurance, Division of Workers' Compensation ("TDI-DWC"), hereby gives notice of its desire to appeal the Order, which denied Defendant TDI-DWC's Plea to the Jurisdiction, signed by the Court on March 2, 2015. This accelerated interlocutory appeal is taken pursuant to Texas Civil Practice and Remedies Code § 51.014(a)(8). TDI-DWC filed its original Notice of Accelerated Appeal on March 23, 2015.

The Texas Department of Insurance, Division of Workers' Compensation appeals to the First Court of Appeals. This case has previously been in the First Court of Appeals in Petition for Writ of Mandamus styled *In re Zurich American Insurance Company*, Case No. 01-12-01094.

Dated: April 9, 2015

Respectfully submitted,

KEN PAXTON
Attorney General of Texas


CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Division Chief, Administrative Law Division

*/s/Dennis M. McKinney*
DENNIS M. McKINNEY
State Bar No.13719300
Assistant Attorney General
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:    (512) 475-4020
Facsimile:    (512) 320-0167
Dennis.McKinney@texasattorneygeneral.gov

***ATTORNEYS FOR DEFENDANT***
***TEXAS DEPARTMENT OF INSURANCE,***
***DIVISION OF WORKERS' COMPENSATION***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing document has been served to the following on the 9th day of April, 2015 to the following parties:

Brad McClellan                           **Via E-Service**
LAW OFFICES OF RICHARD PENA, P.C.
1701 Directors Blvd, Suite 110
Austin, Texas 78744
brad.mcclellan@yahoo.com
*Attorney for Plaintiff*

David Brenner                            **Via E-Service**
Belinda May Arambula
**BURNS ANDERSON JURY & BRENNER, L.L.P.**
P.O. Box 26300
Austin, Texas 78755-6300
7804 Bell Mountain Drive, # 100
Austin, Texas 78730
dbrenner@bajb.com
barambula@bajb.com
*Attorneys for Defendant Zurich American*

Raymond L. Kalmans                       **Via E-Service**
Stephen L. Brochstein
Schlanger, Silver, Barg & Paine, LLP
109 North Post Oak Lane, Ste. 300
Houston, Texas 77024
rkalmans@ssbplaw.com
*Attorneys for Intervenor Bessie A. Wilhelm*


*/s/Dennis M. McKinney*
DENNIS M. McKINNEY
Assistant Attorney General

3